IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICHARD ARENDSEE, Trustee for AMK IRREVOCABLE TRUST, RICHARD ARENDSEE, Trustee for AWA IRREVOCABLE TRUST, and RICHARD ARENDSEE, Trustee for ACW IRREVOCABLE TRUST, in the right of TRI STAR FREIGHT SYSTEM, INC., as shareholders thereof, and on behalf of all other shareholders similarly situated,** | § | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS ENTERED<br><br>JAN 2 5 1999<br><br>Michael N. Milby, Clerk |
| **Plaintiffs,** | § | CIVIL ACTION NO. H-97-1277 |
| v. | § | |
| **KENNETH N. GARRISON, LAURA K. GARRISON and TRI STAR FREIGHT SYSTEM, INC.,** | § | |
| **Defendants.** | § | |

## AGREED JUDGMENT

Came on for consideration the above cause. The Court finds the parties have agreed to the entry of a take nothing judgment in favor of Kenneth N. Garrison, Laura K. Garrison and Tri Star Freight System, Inc., ("Defendants"), discharging Defendants from any liability in this cause. It is, therefore

**ORDERED** that Richard Arendsee, Trustee for AMK Irrevocable Trust, Richard Arendsee, Trustee for AWA Irrevocable Trust, and Richard Arendsee, Trustee for ACW Irrevocable Trust, in the right of Tri Star Freight System, Inc., as shareholder thereof, and on behalf of all other shareholders similarly situated ("Plaintiffs"), take nothing in this cause from Defendants and that Defendants are hereby discharged without any liability to Plaintiffs or any of them. It is further,

**ORDERED** that all cost herein are assessed against the party incurring the same.

This is a final judgment disposing of all matters and things in controversy.

**SIGNED** on this 22ⁿᵈ day of January, 1999.

THE HONORABLE EWING WERLEIN, JR.

APPROVED AS TO FORM AND SUBSTANCE:

**OLSON GIBBONS WILBUR
NICOUD BIRNE & GUECK, L.L.P.**

Robert E. Birne
State Bar No. 02342100
2200 Ross Avenue, Suite 2525
Dallas, Texas  75201-6770
214/979-7300
214/979-7301 - Facsimile

OF COUNSEL:

**OLSON GIBBONS WILBUR
NICOUD BIRNE & GUECK, L.L.P.**
Mark L. Gibbons
State Bar No. 07844300
2200 Ross Avenue, Suite 2525
Dallas, Texas  75201-6770
214/979-7300
214/979-7301 - Facsimile

**BOND & TAYLOR, L.L.P.**
Susan J. Taylor
State Bar No. 19723665
1021 Main, Suite 1220
Houston, Texas  77002
713/759-9970
713/759-1980 - Facsimile

(ATTORNEYS FOR PLAINTIFFS)

AGREED JUDGMENT - Page 2
I:\OGS-1\BIRNE\ARENDSEE\agreedjdmt.wpd

HAYNES AND BOONE, L.L.P.

*Patricia L Casey* (signature)

Patricia L. Casey
State Bar No. 03959075
Southern District No. 8001
1000 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 547-2020
Telecopier: (713) 547-2600

ATTORNEY-IN-CHARGE FOR
DEFENDANTS KENNETH N. GARRISON
and LAURA K. GARRISON

OF COUNSEL:

Scott Lemond
State Bar No. 00791097
Kirk Worley
State Bar No. 00797696
Southern District No. 20466
HAYNES AND BOONE, L.L.P.
1000 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 547-2020
Telecopier: (713) 547-2600

ATTORNEYS FOR DEFENDANTS
KENNETH N. GARRISON and
LAURA K. GARRISON

KELLY, SUTTER, MOUNT & KENDRICK, P.C.

*[signature]*

Edward J. Westmoreland
State Bar No. 21227900
1600 Smith, Suite 3700
Houston, Texas 77002
Telephone: (713) 951-7900
Facsimile: (713) 951-7901

ATTORNEYS FOR DEFENDANT
TRI STAR FREIGHT SYSTEM, INC.